IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN A. SCOTT, JR., <br><br> Plaintiff pro se, <br><br> v. <br><br> DEPT. OF VETERANS AFFAIRS, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:17-CV-02617-TWT-WEJ |

**NON-FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") [1] pursuant to 28 U.S.C. § 1915(a).

On July 12, 2017, plaintiff pro se, John A. Scott, Jr., submitted the instant IFP Application under penalty of perjury, asserting that he is unable to pay the $400.00 filing fee. (IFP Application 1.) Mr. Scott avers, inter alia, that he has $9,000.00 in a Wells Fargo checking account. (Id. at 2.) Plaintiff pro se does not expect any major changes to his monthly income or expenses during the next twelve months. (Id. at 5.)

Pursuant to 28 U.S.C. § 1915, "any court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit [averring] . . . that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1).  "When considering a motion filed pursuant to § 1915(a), '[t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty.'"  Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 (11th Cir. 2004) (per curiam) (quoting Watson v. Ault, 525 F.2d 886, 891 (11th Cir. 1976)).  However, the Court has broad discretion to grant or deny an application to proceed IFP.  Id. at 1306.

Here, Mr. Scott indicates that he has $9,000.00 cash on hand, and provides no reason why he cannot use those excess funds to pay the $400.00 fee.  Accordingly, the undersigned **RECOMMENDS** that the IFP Application [1] be **DENIED** and that Mr. Scott be given thirty days in which to pay the filing fee, as he has sufficient funds at his disposal.

**SO RECOMMENDED**, this 13th day of July, 2017.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE