IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN A. SCOTT, JR.,

   Plaintiff,

  v.

DEPT. OF VETERANS AFFAIRS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2617-TWT

**ORDER**

     This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending denying the Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1] is DENIED. The filing fee has been paid.

     SO ORDERED, this 2 day of August, 2017.

                                       /s/Thomas W. Thrash
                                       THOMAS W. THRASH, JR.
                                       United States District Judge