IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN A. SCOTT, JR.,

     Plaintiff pro se,

  v.

DEPT. OF VETERANS AFFAIRS,

     Defendant.

CIVIL ACTION FILE

NO. 1:17-CV-2617-TWT-WEJ

## FINAL REPORT AND RECOMMENDATION

This matter is before the Court on its own Motion.  On October 25, 2017, the Court issued a Show Cause Order [6] observing that more than ninety days had passed without plaintiff pro se, John A. Scott, Jr., filing proof of service upon defendant, Department of Veterans Affairs.  The Court directed plaintiff to file proof of proper service or effect service upon defendant within fourteen days of that Order and cautioned plaintiff that failure to do so would result in a recommendation that this case be dismissed.  (Id.)

To effect proper service on a United States agency, such as the Department of Veterans Affairs, plaintiff must comply with Federal Rule of Civil Procedure 4(i).  However, plaintiff has only filed proof of service upon the Department of Veterans Affairs and has not complied with Rule 4's requirements to also serve

the United States. <u>See</u> Fed. R. Civ. P. 4(i)(1)-(2). Although Mr. Scott is proceeding <u>pro se</u>, "he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." <u>See</u> <u>Moon v. Newsome</u>, 863 F.2d 835, 837 (11th Cir. 1989).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to perfect service despite being provided with the opportunity to cure that defect. <u>See</u> Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")

The Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

**SO RECOMMENDED**, this the 5th day of January, 2018.


WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE