IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN A. SCOTT, JR.,

   Plaintiff,

   v.

DEPT. OF VETERANS AFFAIRS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2617-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action without prejudice for failure to properly effectuate service of process upon the United States. The Plaintiff's response to the Report and Recommendation does not contain any substantive objection. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Scott\r&r2.wpd